

# Fourth Court of Appeals
## San Antonio, Texas

October 25, 2021

No. 04-21-00279-CV

Maryvel **SUDAY**,
Appellant

v.

Ana **SMITH**,
Appellees

From the County Court at Law, Val Verde County, Texas
Trial Court No. 3644CCL
The Honorable Stephen B. Ables, Judge Presiding

# O R D E R

We **order** court reporter, Lisa Blanks, to file by **November 8, 2021**, the reporter's record of the proceedings had in *Olga Raquenel Suday, et al. v. Maryvel Suday*, Case No. 3644CCL on March 30, 2021 before the County Court at Law in Val Verde County.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of October, 2021.

MICHAEL A. CRUZ, Clerk of Court